Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  23−18371−JKS
           Chapter:  13
           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Elik Silva Jr.
   aka Luis Eilik Silva
   908 Spruce Hills Drive
   Glen Gardner, NJ 08826

Social Security No.:
   xxx−xx−8432

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 20, 2023
JAN: zlh

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18371-JKS |
| Luis Elik Silva, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: 148 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Elik Silva, Jr., 908 Spruce Hills Drive, Glen Gardner, NJ 08826-3708 |
| 520080242 | + | Spruce Hills Condominium Association, Inc., c/o Buckalew Frizzell & Crevina LLP, Heritage Plaza I, 55 Harristown Rd., Ste 205, Glen Rock, NJ 07452-3303 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 20 2023 20:43:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520034547 | | EDI: CAPITALONE.COM | Dec 21 2023 01:34:00 | Capital One, NA, POB 31293, Salt Lake City, UT 84131-0293 |
| 520034545 | ^ | MEBN | Dec 20 2023 20:42:16 | KML Law Group, P.C., 701 Market Street, Ste. #5000, Philadelphia, PA 19106-1541 |
| 520065553 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 20:50:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520034546 | ^ | MEBN | Dec 20 2023 20:41:45 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive, Ste. #100, Williamsville, NY 14221-7900 |
| 520034544 | | Email/Text: bkteam@selenefinance.com | Dec 20 2023 20:43:00 | Selene Finance, LP, POB 8619, Philadelphia, PA 19101-8619 |
| 520039971 | + | Email/Text: RASEBN@raslg.com | Dec 20 2023 20:43:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520082774 | + | Email/Text: bkteam@selenefinance.com | Dec 20 2023 20:43:00 | U.S. Bank Trust National Association, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Spruce Hills Condominium Association, Inc., c/o Buckalew Frizzell & Crevina, LLP, Heritage Plaza I, 55 Harristown Rd., Ste 205, Glen Rock, nj 07452-3303 |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 20, 2023 | Form ID: 148 | Total Noticed: 12

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023                    Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David George Frizzell, I | on behalf of Creditor Spruce Hills Condominium Association  Inc. dfrizzell@lawnj.com |
| Kenneth Borger, Jr | on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF2 Acquisition Trust kborger@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5